UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14068-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**BRITTANY LYN DURKIN**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 99]. On March 6, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 95] during which Defendant pled guilty to Counts 2 and 3 of the Indictment [ECF No. 16] pursuant to a written plea agreement and factual proffer [ECF Nos. 96, 97]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 2 and 3 of the Indictment, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of Counts 2 and 3 [ECF No. 16]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 99] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Brittany Lyn Durkin** as to Count Two and Count Three of the Indictment is **ACCEPTED**.

CASE NO. 22-14068-CR-CANNON

3. Defendant **Brittany Lyn Durkin** is adjudicated guilty of Count 2 and Count 3 of the Indictment. Count 2 charges her with possession with intent to distribute a controlled substance (fentanyl), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) [ECF No. 16]. Count 3 charges her with possession with intent to distribute a controlled substance (methamphetamine), in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) [ECF No. 16].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of March 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record